CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 6 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:17CR00007 |
| | ) | (Civil Action No. 7:18CV81340) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| HEATHER DAWN RUSHON, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The government's motion to dismiss (Dkt. No. 59) is **GRANTED**;

2. The defendant's motion to vacate, set aside, or correct her sentence under 28 U.S.C. § 2255 (Dkt. Nos. 48 and 50) is **DENIED**;

3. The defendant's request to amend (Dkt. No. 61) is **DENIED**;

4. A certificate of appealability is **DENIED**; and

5. This action shall be **STRICKEN** from the active docket of the court; and

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

DATED: This 6ᵗʰ day of January, 2020.

_____
Senior United States District Judge